UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>              Plaintiff,<br>v.<br>CHARAN BUDWAL, et al.,<br><br>              Defendants. | No. 2:19-cv-1006 TLN DB PS<br><br>ORDER |

       This matter came before the undersigned on January 31, 2020, pursuant to Local Rule 302(c)(19), for hearing of plaintiff's motion for default judgment. (ECF No. 15.) Attorney Daniel Malakauskas appeared telephonically on behalf of the plaintiff. Defendant Charan Budwal appeared in person on his own behalf.

       Because this was defendant Budwal's first appearance in this action the undersigned continued the hearing of plaintiff's motion to March 13, 2020, to allow time for the parties to meet and confer. Neither party has filed anything since the January 31, 2020 hearing.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The March 13, 2020 hearing of plaintiff's motion to dismiss (ECF No. 11) is continued to **Friday, April 10, 2020, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

////

1

2. On or before **March 27, 2020**, defendant shall file an opposition or statement of non-opposition to plaintiff's motion; and

3. On or before **April 3, 2020**, plaintiff shall file a reply or supplemental memorandum addressing any opposition filed by defendant and any contact plaintiff has had with defendant since the January 31, 20120 hearing.

Dated: March 9, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\pomponio1006.cont.hrg.ord

2