UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>        Plaintiff,<br>    v.<br><br>CHARAN BUDWAL, et al.,<br><br>        Defendants. | No. 2:19-cv-01006-TLN-DB<br><br>**ORDER** |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19). On June 29, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 29, 2020 (ECF No. 20) are adopted in full;

2. Plaintiff's December 3, 2019 motion for default judgment (ECF No. 11) is granted;

3. Judgment is entered against Defendant Charan Budwal;

4. Defendant is ordered to pay $4,000 in statutory damages;

5. Defendant is ordered to correct the violations at the property identified in Plaintiff's complaint, to the extent that Defendant has the legal right to do so, so that the facility is readily accessible to and usable by individuals with disabilities;

6. Plaintiff's request for attorney's fees and costs is denied without prejudice to renewal; and

7. This case is closed.

DATED: September 25, 2020

Troy L. Nunley
United States District Judge